# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| BRIAN RICHARD BEINLICH, | Case No. SACV 05-00407-AHS (SH) |
| Petitioner, | |
| v. | JUDGMENT |
| M. EVANS, Warden, | |
| Respondent. | |

Pursuant to the Order of the Court adopting the conclusions and recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is dismissed with prejudice.

DATED: MAR 27 2009

_____
ALICEMARIE H. STOTLER
UNITED STATES DISTRICT JUDGE